IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH W. PENDLETON,

        Plaintiff,                              ORDER

     v.                                        12-cv-84-slc

MADISON POLICE DEPARTMENT,
DET. JOHN MESSERT and
P.O. KELLEY E. DOUGHERTY,

        Defendants.

       In an order dated February 27, 2012, I assessed plaintiff Kenneth Pendleton an initial partial payment of the filing fee in the amount of $27.42 and gave him until March 21, 2012, in which to make the payment. Now, it has come to the court's attention that plaintiff has been transferred from the Dodge Correctional Institution to the Kettle Moraine Correctional Institution. Accordingly, I will give plaintiff an extension of time until April 18, 2012 in which to pay the initial partial filing fee.

       Plaintiff is reminded that if he does not have the money to make the initial partial payment in his regular account, he may arrange with prison authorities to pay some or all of the assessment from his release account. This does not mean that plaintiff is free to ask prison authorities to pay *all* of his filing fee from his release account. The only amount plaintiff must pay at this time is the $27.42 initial partial payment. Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that plaintiff Kenneth Pendleton is GRANTED an extension of time to pay the initial partial filing fee. Plaintiff may have until April 18, 2012, to submit a check or money order made payable to the clerk of court in the amount of $27.42. If, by April 18, 2012, plaintiff fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 2nd day of April, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge