IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH W. PENDLETON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

12-cv-84-bbc

MADISON POLICE DEPARTMENT,
DET. JOHN MESSERT and
P.O. KELLEY E. DOUGHERTY,

    Defendants.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Det. John Messert, P.O. Kelley E. Dougherty and the Madison Police Department dismissing this case with prejudice for plaintiff's failure to state a claim upon which relief may be granted.

_____       7/12/12
Peter Oppeneer, Clerk of Court     Date